UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE PENALOZA-PARAMO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Crim. Case No. 4:10-cr-00073-BLW<br>Civ. Case No. 4:15-cv-00501-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by JOSE PENALOZA-PARAMO is **DISMISSED,** and that Case No. 4:15-cv-00501-BLW is **DISMISSED** with prejudice.

DATED: August 22, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge

JUDGMENT - 1