UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PENALOZA-PARAMO,<br><br>Defendant. | Case No. 4:10-cr-00073-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant Jose Penaloza-Paramo's Motion to Return Personal Property (Dkts. 400, 402). For the reasons explained below, the Court deny the motion.

## DISCUSSION

The Plea Agreement and Final Order of Forfeiture in this case set out a $39,000 judgment against the defendant, which would support seizure and forfeiture of the $600 defendant is now claiming. Further, the United States reports that it never seized the $600 from the defendant; it believes Canyon County may have seized the money as this was a joint investigation. Under these circumstances, the Court will deny the motion.

**MEMORANDUM DECISION AND ORDER - 1**

## ORDER

**IT IS ORDERED that** Defendant's Motions to Return Personal Property

(Dkts. 400, 402) are **DENIED.**

DATED: August 24, 2020

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**